JACK KAUFMAN (NY Bar No. 2348696)
MICHAEL ELLIS (NY Bar No. 4775672)
PRO HAC VICE APPLICATIONS PENDING
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: KaufmanJa@sec.gov
Telephone: (212) 336-0106
Facsimile: (212) 336-1319

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>        Defendants. | Case No. 2:23-cv-3682<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THIS HONORABLE COURT AND ALL INTERESTED PARTIES: PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.3.1, Plaintiff Securities and Exchange Commission herein believes that this action and the following action previously filed in the Central District of California are or may be "related cases" under Local Rule 83-1.3.1:

    1. *Commodity Futures Trading Commission, et al. v. Red Rock Secured, LLC, et al.*, 2:23-CV-03680.

These cases are or may be related cases in that they may:

(a) arise from the same or a closely related transaction, happening, or event;

(b) call for determination of the same or substantially related or similar questions of law and fact; or

(c) for other reasons would entail substantial duplication of labor if heard by different judges.

Dated:  May 15, 2023

                                                                        */s/ Stephen Kam*
                                                                        Stephen Kam
                                                                        Attorney for Plaintiff
                                                                        Securities and Exchange Commission