NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THE TORREY FIRM PC
REBECCA L. TORREY, State Bar No. 153866
  rebecca@torreyfirm.com
JUDD GRUTMAN, State Bar No. 275304
  judd@torreyfirm.com
1626 Montana Avenue, Suite 647, Santa Monica, CA 90403
Telephone: (310) 310-2992; Facsimile: (424) 414-1712

ATTORNEY(S) FOR:  JEFFREY WARD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br>v.<br><br>RED ROCK SECURED, LLC;  SEAN KELLY; ANTHONY SPENCER; AND JEFFREY WARD<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-03682-RGK-PVC<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ JEFFREY WARD _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jeffrey Ward; | DEFENDANT |
| Homeland Insurance Company; | INSURANCE CARRIER |
| Great American Insurance Company; | INSURANCE CARRIER |
| Hallmark Insurance Company; | INSURANCE CARRIER |
| Hiscox Insurance Company; | INSURANCE CARRIER |
| Indian Harbor Insurance Company; and | INSURANCE CARRIER |
| Accelerant Specialty | INSURANCE CARRIER |

August 1, 2023
Date

/s/ Rebecca L. Torrey
Signature

Attorney of record for (or name of party appearing in pro per):

Jeffrey Ward

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**