THE TORREY FIRM PC
JUDD GRUTMAN, State Bar No. 275304
 *judd@torreyfirm.com*
REBECCA L. TORREY, State Bar No. 153866
 *rebecca@torreyfirm.com*
1626 Montana Avenue, Suite 647
Santa Monica, California 90403
Telephone: (310) 310-2992
Facsimile: (424) 414-1712

Attorneys for Defendants
ANTHONY SPENCER and
JEFFREY WARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROCK SECURED, LLC; SEAN KELLY; ANTHONY SPENCER; AND JEFFREY WARD<br><br>Defendants. | Case No. 2:23-cv-03682-RGK-PVC<br><br>[Assigned to the Hon. R. Gary Klausner]<br><br>**DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Action Filed:      May 15, 2023 |

## <u>DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED</u>

## <u>COMPLAINT</u>

Defendant Jeffrey Ward (hereafter "Ward" or "Defendant"), by and through his counsel, The Torrey Firm PC, hereby answers the Amended Complaint ("Complaint") of Plaintiff Securities and Exchange Commission (hereinafter referred to as "Plaintiff") and asserts his Affirmative Defenses as follows:

## <u>JURISDICTION AND VENUE</u>

1. Paragraph 1 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 1.

2. Paragraph 2 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 2.

3. Paragraph 3 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 3.

4. Paragraph 4 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 4.

## <u>SUMMARY</u>

5. Paragraph 5 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 5.

6. Paragraph 6 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 6.

7. Paragraph 7 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 7.

8. Paragraph 8 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 8.

9. Paragraph 9 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a

2

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

response is required, Defendant denies the allegations in Paragraph 9.

10. Paragraph 10 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 10.

11. Paragraph 11 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 11.

12. Paragraph 12 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 12.

13. Paragraph 13 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 13.

14. Paragraph 14 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 14.

## DEFENDANTS

15. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 15, and therefore denies those allegations on that basis.

16. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 16 and therefore denies those allegations on that basis.

17. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 17, and therefore denies those allegations on that basis.

18. Defendant admits that he is 44 years old, has lived in Playa Del Rey, at a point in time held the title of Director of IRA Services and

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

received commissions from Red Rock. The remainder of Paragraph 18 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 18.

19. Paragraph 19 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 19.

## **FACTS**

20. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 20, and therefore denies those allegations on that basis.

21. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 21, and therefore denies those allegations on that basis.

22. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 22, and therefore denies those allegations on that basis.

23. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 23, and therefore denies those allegations on that basis.

24. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 24, and therefore denies those allegations on that basis.

25. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 25, and therefore denies those allegations on that basis.

26. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 26, and therefore denies those

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

allegations on that basis.

27. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 27 and therefore denies those allegations on that basis.

28. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 28, and therefore denies those allegations on that basis.

29. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 29, and therefore denies those allegations on that basis.

30. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 30, and therefore denies those allegations on that basis.

31. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 31, and therefore denies those allegations on that basis.

32. Defendant admits that at a point in time he held the title of Director of IRA Services. The remainder of Paragraph 32 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 32.

33. Paragraph 33 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 33.

34. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 34, and therefore denies those allegations on that basis.

35. Defendant lacks sufficient knowledge or information to admit

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

or deny the allegations in Paragraph 35, and therefore denies those allegations on that basis.

36. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 36, and therefore denies those allegations on that basis.

37. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 37, and therefore denies those allegations on that basis.

38. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 38, and therefore denies those allegations on that basis.

39. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 39, and therefore denies those allegations on that basis.

40. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 40, and therefore denies those allegations on that basis.

41. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 41, and therefore denies those allegations on that basis.

42. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 42, and therefore denies those allegations on that basis.

43. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 43, and therefore denies those allegations on that basis.

44. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 44, and therefore denies those

6

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

allegations on that basis.

45.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 45, and therefore denies those allegations on that basis.

46.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 46, and therefore denies those allegations on that basis.

47.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 47, and therefore denies those allegations on that basis.

48.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 48, and therefore denies those allegations on that basis.

49.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 49, and therefore denies those allegations on that basis.

50.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 50, and therefore denies those allegations on that basis.

51.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 51, and therefore denies those allegations on that basis.

52.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 52, and therefore denies those allegations on that basis.

53.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 53, and therefore denies those allegations on that basis.

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

54. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 54, and therefore denies those allegations on that basis.

55. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 55, and therefore denies those allegations on that basis.

56. Paragraph 56 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 56.

57. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 57, and therefore denies those allegations on that basis.

58. Paragraph 58 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 58.

59. Paragraph 59 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 59.

60. Paragraph 60 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 60.

61. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 61, and therefore denies those allegations on that basis.

62. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 62, and therefore denies those allegations on that basis.

63. Defendant lacks sufficient knowledge or information to admit

8

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

or deny the allegations in Paragraph 63, and therefore denies those allegations on that basis.

64. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 64, and therefore denies those allegations on that basis.

65. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 65, and therefore denies those allegations on that basis.

66. Paragraph 66 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 66.

67. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 67, and therefore denies those allegations on that basis.

68. Paragraph 68 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 68.

69. Paragraph 69 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 69.

70. Paragraph 70 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 70.

71. Paragraph 71 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 71.

72. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 72, and therefore denies those

9

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

allegations on that basis.

73. Paragraph 73 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 73.

74. Paragraph 74 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 74.

75. Paragraph 75 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 75.

76. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 76, and therefore denies those allegations on that basis.

77. Paragraph 77 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 77.

78. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 78, and therefore denies those allegations on that basis.

79. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 79, and therefore denies those allegations on that basis.

80. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 80, and therefore denies those allegations on that basis.

81. Paragraph 81 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 81.

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

82. Paragraph 82 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 82.

83. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 83, and therefore denies those allegations on that basis.

84. Paragraph 84 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 84.

85. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 85, and therefore denies those allegations on that basis.

86. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 86, and therefore denies those allegations on that basis.

87. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 87, and therefore denies those allegations on that basis.

88. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 88, and therefore denies those allegations on that basis.

89. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 89, and therefore denies those allegations on that basis.

90. Paragraph 90 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 90.

91. Defendant lacks sufficient knowledge or information to admit

11

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

or deny the allegations in Paragraph 91, and therefore denies those allegations on that basis.

92.    Paragraph 92 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 92.

93.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 93, and therefore denies those allegations on that basis.

94.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 94, and therefore denies those allegations on that basis.

95.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 95, and therefore denies those allegations on that basis.

96.    Paragraph 96 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 96.

97.    Paragraph 97 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 97.

98.    Paragraph 98 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 98.

99.    Paragraph 99 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 00.

100.  Paragraph 100 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a

12

response is required, Defendant denies the allegations in Paragraph 101.

101. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 101, and therefore denies those allegations on that basis.

102. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 102, and therefore denies those allegations on that basis.

103. Paragraph 103 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 103.

104. Paragraph 104 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 104.

105. Paragraph 105 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 105.

106. Paragraph 106 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 106.

107. Paragraph 107 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 107.

108. Paragraph 108 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 108.

109. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 109, and therefore denies those allegations on that basis.

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

110. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 110, and therefore denies those allegations on that basis.

111. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 111, and therefore denies those allegations on that basis.

112. Paragraph 112 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 112.

113. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 113, and therefore denies those allegations on that basis.

114. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 114, and therefore denies those allegations on that basis.

115. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 115, and therefore denies those allegations on that basis.

116. Paragraph 116 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 116.

117. Paragraph 117 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 117.

118. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 118, and therefore denies those allegations on that basis.

119. Paragraph 119 contains legal conclusions, arguments, and

14

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 119.

120. Paragraph 120 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 120.

121. Paragraph 121 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 121.

122. Paragraph 122 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 122.

123. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 123, and therefore denies those allegations on that basis.

124. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 124, and therefore denies those allegations on that basis.

125. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 125 and therefore denies those allegations on that basis.

126. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 126, and therefore denies those allegations on that basis.

127. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 127, and therefore denies those allegations on that basis.

128. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 128, and therefore denies those

15

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

allegations on that basis.

129. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 129, and therefore denies those allegations on that basis.

130. Paragraph 130 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 130.

131. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 131, and therefore denies those allegations on that basis.

132. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 132, and therefore denies those allegations on that basis.

133. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 133, and therefore denies those allegations on that basis.

134. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 134, and therefore denies those allegations on that basis.

135. Paragraph 135 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 135.

136. Paragraph 136 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 136.

137. Paragraph 137 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 137.

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

138.  Paragraph 138 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 138.

139.  Paragraph 139 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 139.

140.  Paragraph 140 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 140.

141.  Paragraph 141 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 141.

142.  Paragraph 142 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 142.

143.  Paragraph 143 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 143.

144.  Paragraph 144 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 144.

145.  Paragraph 145 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 145.

146.  Paragraph 146 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 146.

147.  Paragraph 147 contains legal conclusions, arguments, and

17

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 147.

148.  Paragraph 148 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 148.

149.  Paragraph 149 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 149.

150.  Paragraph 150 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 150.

151.  Paragraph 151 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 151.

152.  Paragraph 152 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 152.

153.  Paragraph 153 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 153.

**FIRST CLAIM FOR RELIEF**

**Violations of Section 10(b) of the Exchange Act and Exchange Act Rule 10b-5**

**(Against All Defendants)**

154.  Defendant hereby incorporates and references Paragraphs 1 through 154 of this Answer, inclusive, as though set forth fully herein.

155.  Paragraph 155 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a

18

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

response is required, Defendant denies the allegations in Paragraph 155.

156.  Paragraph 156 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 156.

157.  Paragraph 157 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 157.

158.  Paragraph 158 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 158.

159.  Paragraph 159 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 159.

## SECOND CLAIM FOR RELIEF

### Violations of Advisers Act Sections 206(1) and 206(2)

### (Against All Defendants)

160.  Defendant hereby incorporates and references Paragraphs 1 through 160 of this Answer, inclusive, as though set forth fully herein.

161.  Paragraph 161 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 161.

## THIRD CLAIM FOR RELIEF

### Aiding & Abetting Violations of Section 10(b) of the Exchange Act, And Exchange Act Rule 10b-5

### (Against Defendants Kelly, Spencer and Ward)

162.  Defendant hereby incorporates and references Paragraphs 1 through 162 of this Answer, inclusive, as though set forth fully herein.

163.  Paragraph 163 contains legal conclusions, arguments, and

19

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 163.

164. Paragraph 164 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 164.

165. Paragraph 165 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 165.

## FOURTH CLAIM FOR RELIEF

## Aiding & Abetting Violations of Advisers Act Sections 206(1) and 206(2)

## (against Defendants Kelly, Spencer and Ward)

166. Defendant hereby incorporates and references Paragraphs 1 through 166 of this Answer, inclusive, as though set forth fully herein.

167. Paragraph 167 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 167.

168. Paragraph 168 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 168.

169. Paragraph 169 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 169.

## FIFTH CLAIM FOR RELIEF

## Control Person Liability for Violations of Section 10(b) of the Exchange Act and Exchange Act Rule 10b-5

## (against Defendant Kelly)

170. Defendant hereby incorporates and references Paragraphs 1

20

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

through 170 of this Answer, inclusive, as though set forth fully herein.

171.  Paragraph 171 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 171.

172.  Paragraph 172 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 172.

173.  Paragraph 173 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 173.

174.  Paragraph 174 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 174.

## AFFIRMATIVE DEFENSES

Defendant hereby pleads the following separate and additional defenses to the Complaint. By alleging the separate and additional defenses set forth below, Defendant intends no alteration of the burden of proof and/or burden of going forward with evidence that otherwise exists with respect to any particular issue at law or in equity. Furthermore, all such defenses are pleaded in the alternative, and do not constitute an admission of liability or that Plaintiff is entitled to any relief whatsoever. Without limiting or waiving any defenses available to him, and based on information and belief unless otherwise stated, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.  The Complaint is barred, in whole or in part, because it fails to state a claim against Defendant upon which relief can be granted.

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Plead Fraud with Particularity)

2.      The Complaint is barred, in whole or in part, because it fails to specify the actions and/or omissions of Defendant that constitute fraud.

## THIRD AFFIRMATIVE DEFENSE

### (No Jurisdiction)

3.      The Complaint is barred, in whole or in part, because the Court lacks subject matter jurisdiction over the matters alleged as to Defendant.

## FOURTH AFFIRMATIVE DEFENSE

### (Reasonable Investor Standard)

4.      The Complaint is barred, in whole or in part, because Defendant's alleged actions and/or omissions were opinions or statements not materially misleading to a reasonable investor.

## FIFTH AFFIRMATIVE DEFENSE

### (No "Strong Inference" of Scienter)

5.      The Complaint is barred, in whole or in part, because the allegations are implausible as to Defendant due to a lack of knowledge and/or cannot be imputed to Defendant in his nonmanagement capacity.

## SIXTH AFFIRMATIVE DEFENSE

### (Not Materially False or Misleading)

6.      The Complaint is barred, in whole or in part, on grounds that alleged actions and/or omissions of Defendant were not untrue statements of material fact.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Duty)

7.      The Complaint is barred, in whole or in part, because the Defendant did not have a duty to disclose.

/ / /

22

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

## EIGHTH AFFIRMATIVE DEFENSE

### ("Bespeaks Caution" Doctrine)

8.    The Complaint is barred, in whole or in part, because disclosures made to customers were adequate.

## NINTH AFFIRMATIVE DEFENSE

### (Ratification)

9.    The Complaint is barred, in whole or in part, because customers ratified Defendant's conduct and actions.

## TENTH AFFIRMATIVE DEFENSE

### (Good Faith / Good Faith Regulatory Compliance)

10.    The Complaint is barred, in whole or in part, on grounds that Defendant acted in good faith at all relevant times, including relying in good faith on information from external industry resources and existing regulatory standards.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Advice of Counsel and Compliance Consultants)

11.    The Complaint is barred, in whole or in part, on grounds that Defendant reasonably relied on advice of counsel in the performance of his duties.

## TWELFTH AFFIRMATIVE DEFENSE

### (Disclosure Process)

12.    The Complaint is barred, in whole or in part, in that Defendant followed workplace protocols.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Motive)

13.    The Complaint is barred, in whole or in part, because the receipt of compensation is insufficient to support scienter.

/ / /

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Causation / Superseding Cause)

14.     The Complaint is barred, in whole or in part, because the acts and omissions of Defendant did not cause injury and/or the alleged damages were caused by subsequent, intervening events and acts of third parties.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (No or Speculative Damages)

15.     The Complaint is barred, in whole or in part, on grounds that there are no damages or damages are speculative as they pertain to Defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Injury)

16.     The Complaint is barred, in whole or in part, due to failure to mitigate alleged injuries.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Equitable/Monetary Relief)

17.     The Complaint is barred, in whole or in part, on grounds there is no support for equitable/monetary relief.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Disgorgement)

18.     The Complaint is barred, in whole or in part, on grounds there is no support for disgorgement of funds from Defendant.

## NINETEENTH AFFIRMATIVE DEFENSE

### (No Civil Penalties)

19.     The Complaint is barred, in whole or in part, because civil penalties pursuant to Section 21(d)(3) of the Securities Exchange Act or Section 209(e) of the Investment Advisers Act lack support as to

24

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant.

## **TWENTIETH AFFIRMATIVE DEFENSE**

### **(No Injunctive Relief)**

20. The Complaint is barred, in whole or in part, because remedies available at law are sufficient.

## **TWENTY-FIRST AFFIRMATIVE DEFENSE**

### **(No Notice)**

21. The Complaint is barred, in whole or in part, because Defendant lacked sufficient notice of the prohibitions sought to be enforced.

## **TWENTY-SECOND AFFIRMATIVE DEFENSE**

### **(Estoppel)**

22. The Complaint is barred, in whole or in part, on grounds of judicial estoppel.

## **ADDITIONAL AFFIRMATIVE DEFENSES**

Defendant presently has insufficient knowledge or information on which to form a belief as to whether he may have additional, as yet unknown and unstated, affirmative defenses available. Defendant therefore reserves the right to amend this response to assert additional affirmative defenses in the event discovery indicates that additional defenses are appropriate.

## **RESERVATION OF ADDITIONAL DEFENSES**

Defendant reserves his right to add, delete, or modify any and all defense which may pertain to the Complaint that are now or may become available in this action through clarification or amendment of the Complaint, or joinder of a party, through discovery, through further legal analysis of Plaintiffs' or Defendant's claims and positions in this litigation or otherwise.

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

## **PRAYER FOR RELIEF**

**WHEREFORE,** Defendant prays that judgment be entered as follows:

    A.   Plaintiff takes nothing by reason of the Complaint;

    B.   The Complaint be dismissed with prejudice;

    C.   Defendant recover his costs of suit, including attorneys' fees; and

    D.   Defendant be awarded such other and further relief as the Court deems just and proper.

DATED:  September 8, 2023         THE TORREY FIRM PC

By:   /s/ Judd Grutman
       Judd Grutman
       Rebecca L. Torrey
       The Torrey Firm PC
       Attorneys for Defendant
       JEFFREY WARD

26

DEFENDANT JEFFREY WARD'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: September 8, 2023          /s/ Judd Grutman
                                 Judd Grutman

---

CERTIFICATE OF SERVICE