JACK KAUFMAN (NY Bar No. 2348696)
CORINNA PROVEY ADAMSON (NY Bar No. 5350277)
DEBRA JAROSLAWICZ (NY Bar No. 4557732)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: KaufmanJa@sec.gov
Telephone: (212) 336-0106
Facsimile: (212) 336-1319

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>　　　　Defendants. | Case No. 2:23-cv-03682-RGK-PVC<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF CONSENTS FOR ENTRY OF FINAL JUDGMENT** |

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendants Red Rock Secured, LLC, Sean Kelly, Anthony Spencer, and Jeffrey Ward (collectively, "Defendants" and, together with the SEC, "Parties"), respectfully submits this notice of filing of the Defendants' consents and proposed final judgment ("Final Judgment"). For its notice to the Court, the SEC states the following:

1. Based on Commission authorization obtained on April 18, 2024, the Parties now have finalized settlements that, if approved by the Court in the form of the Parties' proposed Final Judgment, will resolve the SEC's claims against the Defendants in the above-captioned litigation. The Final Judgment would eliminate the need to litigate the merits of Defendants' liability or the appropriate relief. The Final Judgment would permanently enjoin Defendants from violating the provisions of the federal securities laws and rules at issue in the Amended Complaint. It would further provide for the monetary relief sought by the SEC—disgorgement, prejudgment interest, and civil penalties. And it would bar Defendant Sean Kelly from acting as an officer or director of a public company.

2. In settled resolutions of civil injunctive actions brought by the SEC under Section 21(d) of the Securities Exchange Act of 1934 (authorizing Commission to "bring an action in the proper district court … to enjoin" violations of the federal securities laws) [15 U.S.C. § 78u(d)] and Section 20(b) of the Securities Act of 1933 (same) [15 U.S.C. § 77t(b)], the SEC has filed with the court proposed final consent judgments issuing injunctive relief and imposing monetary and other relief, together with an executed consent of the defendant to that relief, and those matters have concluded with the district court's entry of a final consent judgment. *See*, *e.g.*, *SEC v. Pebblekick, et al.,* No. 2:22-cv-06984-RGK-MAR at Dkt Nos. 50 and 51 (C.D. Cal. Aug. 30, 2023); *SEC v. Mikula, et al.*, No. 2:22-cv-07096-SB-PLA at Dkt. Nos. 15 to 19 (C.D. Cal. Oct. 20, 2022); *SEC v. Kellen*, Case No. 2:20-cv-03861-RSWL-AGRx at Dkt. No. 55 (C.D. Cal. Sept. 16, 2022); *SEC v. Sims, et al.*, No. 8:19-cv-00995-RGK-SS at Dkt. Nos. 46 to 48 (C.D. Cal. July 2, 2020); *SEC v. Miller*, *et al.*, Case

No. 2:17-cv-00897-CBM-RAO at Dkt. No. 197 (C.D. Cal. Feb. 14, 2019).

    3.    Attached hereto as Exhibit 1 is the proposed Final Judgment against Defendants.

    4.    Attached hereto as Exhibit 2 is the signed Consent of Defendant Red Rock Secured, LLC, as Exhibit 3 is the signed Consent of Defendant Sean Kelly, as Exhibit 4 is the signed Consent of Defendant Anthony Spencer, and as Exhibit 5 is the signed Consent of Defendant Jeffrey Ward.

    5.    The SEC respectfully submits that this Court should enter the proposed Final Judgment resolving Defendants' liability and the SEC's claims for relief against them.

Dated: April 18, 2024

                                             */s/ Debra Jaroslawicz*
                                             Jack Kaufman
                                             Debra Jaroslawicz
                                             Corinna Provey Adamson
                                             Attorneys for Plaintiff
                                             Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
100 Pearl Street, Suite 20-100, New York, NY 10004-2616
Telephone No. (212) 336-0142

On April 18, 2024, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF CONSENTS FOR ENTRY OF FINAL JUDGMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 18, 2024                    */s/ Debra Jaroslawicz*
                                        Debra Jaroslawicz