MAUREEN PEYTON KING (NY Bar No. 4119376)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: kingmp@sec.gov
Telephone: (212) 336-0111

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD, <br><br> Defendants. | Case No. 2:23-cv-3682-RGK-PVC <br><br> **APPLICATION FOR POST-JUDGMENT CONTINUING WRIT OF GARNISHMENT PURSUANT TO 28 U.S.C. § 3205.** |

Judgment Creditor, the Securities and Exchange Commission ("Commission"), makes this application for a writ of garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205.  The Commission requests that the Court issue a continuing writ of garnishment directed to: DB Miami, Inc.  Based on information and belief, Garnishee has possession, custody or control of property in which Defendant, Jeffrey Ward, ("Defendant") has a substantial non-exempt interest.

In support of its application, the SEC represents that:

1.  Defendant is located in California.

2.  On April 23, 2024, the Court entered Judgment against Defendant and ordered Defendant to pay disgorgement of $1,224,215.28 and prejudgment interest of $149,055.46 ("Disgorgement"); and a penalty of $230,464 ("Penalty") (collectively "Judgment").

3.  The Commission seeks a writ to collect the Penalty.

4.  A civil money penalty is a "debt" within the definition of the Federal Debt Collection Procedure Act ("FDCPA") 28 U.S.C. §3001 *et seq*.  The FDCPA provides the civil procedure for the collection of a debt owing to the United States or its agencies such as the Commission.  Accordingly, the Commission seeks a writ of garnishment pursuant to 28 U.S.C. § 3205 to enforce the penalty portion of the judgment.

5. Penalty Judgment Amount

Civil Penalty:                          $230,464.00

Payments:                               $0

Amount of Post-Judgment

Interest on penalty accrued

as of 11/13/24 ($32.55 daily):  $    6,673.70

Total Amount Still Owing

On the Penalty as of 11/13/24:  $237,137.70

More than 30 days prior to this Application, the SEC demanded payment from Defendant.

Dated: December 5, 2024
Wantagh, NY                      Respectfully submitted,

                                 s/*Maureen Peyton King*
                                 MAUREEN PEYTON KING
                                 Senior Trial Counsel
                                 Securities and Exchange Commission
                                 Brookfield Place
                                 100 Pearl Street, Room 20-100
                                 New York, NY 10004
                                 kingmp@sec.gov
                                 Telephone:    212.336.0111