MAUREEN PEYTON KING (NY Bar No. 4119376)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: kingmp@sec.gov
Telephone: (212) 336-0111

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>    Defendants. | Case No. 2:23-cv-3682-RGK-PVC<br><br>**SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR ISSUANCE OF: WRIT OF CONTINUING GARNISHMENT 28 U.S.C. § 3205**<br><br>**[ALTUS IG REAL ESTATE, LLC, BANK OF AMERICA, DB MIAMI, INC., MORGAN STANLEY SMITH BARNEY, LLC, YNWA CONSULTING LLC]** |

Judgment Creditor, the Securities and Exchange Commission ("Commission or SEC") applies for a Court order issuing a continuing writ of garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205

to secure payment on a civil penalty entered in *SEC v. Red Rock Secured, LLC, et al*, 2:23-cv-3682-RGK-PVC.  The Commission also seeks the issuance of a clerk's notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the Commission as an attachment to this application.

On April 23, 2024, the Court entered Judgment against Defendant and ordered Defendant to pay disgorgement of $1,224,215.28 and prejudgment interest of $149,055.46 ("Disgorgement"); and a penalty of $230,464 ("Penalty") (collectively "Judgment").  The Commission seeks a writ to collect the Penalty.  A civil money penalty is a "debt" within the definition of the Federal Debt Collection Procedure Act ("FDCPA") 28 U.S.C. §3001 *et seq*.  The FDCPA provides the civil procedure for the collection of a debt owing to the United States or its agencies such as the Commission.  Accordingly, the Commission seeks a writ of garnishment pursuant to 28 U.S.C. § 3205 to enforce the penalty portion of the judgment.

Defendant's social security number is x4154 and Defendant's last known address is in Playa Vista, California.

As of November 13, 2024, Defendant owes $230,464.00 in penalty-principal, plus $6,673.70 with interest for a total of $237,137.70.  Interest is accruing at $32.55 per day.  More than 30 days prior to this Application, the SEC demanded payment from Defendant.

The garnishees, listed below, are believed to have owe or will owe money or property to the Defendant, or is in possession, custody or control of property in which Defendant has a substantial non-exempt interest.  By and through this writ of garnishment, the SEC seeks to take the funds or property from the Defendant to secure payments toward the penalty judgment.  28 U.S.C. § 3205.

The name and address of each Garnishee is:

Altus IG Real Estate, LLC
180 N. Stetson Ave.
Chicago, IL 60601

Bank of America, N.A.
DE5-024-02-08, Christiana IV
800 Samoset Drive
Newark, DE 19713

DB Miami, Inc.
c/o Cosgrove Law Group, LLC
7800 Forsyth Boulevard, Suite 610
Clayton, MO 63105

YNWA Consulting LLC
12505 W. Jefferson Blvd.
Los Angeles, CA

Morgan Stanley Smith Barney, LLC
1633 Broadway
New York, NY 10019

Dated: January 21, 2025
Wantagh, NY

Respectfully submitted,

s/*Maureen Peyton King*
MAUREEN PEYTON KING
Senior Trial Counsel
Attorney for Plaintiff
Securities and Exchange Commission
100 Pearl Street, Room 20-100
New York, NY 10004
kingmp@sec.gov
Telephone: 212.336.0111