ASN LAW OFFICES, INC.
Alexander S. Nahai, Esq., Bar No. 310509
Email: alex@alexnahai.com
1875 Century Park E, Suite 1120
Los Angeles, CA 90067-2529
Telephone: (310) 697-8797

Attorneys for DB Miami, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:23-cv-3682-RGK-PVC |
| Plaintiff, | **GARNISHEE DB MIAMI, INC, ANSWER TO WRIT OF CONTINUING GARNISHMENT** |
| v. | Date of Service of Writ : March 5, 2025 |
| RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD, | Judgment Creditor : U.S. Securities and Exchange Commission (SEC) Judgment Debtor : Jeffrey Ward |
| Defendants. | |

**GARNISHEE DB MIAMI, INC. ANSWER TO WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. § 3205(c)(4), DB Miami, Inc. responds as follows regarding the property of Defendant, Jeffrey Ward:

Does DB Miami, Inc. have in its possession, custody, or control any property of Defendant, including any income or assets belonging to or due to Defendant?

Response: No, DB Miami, Inc. does not have in its possession, custody, or control any property, funds, or assets belonging to or due to Defendant, Jeffrey Ward.

Provide a description and value of the property (if applicable).

Response: Not applicable, as DB Miami, Inc. holds no property of Defendant.

Is any property of Defendant, Jeffrey Ward, in DB Miami, Inc.'s possession subject to any prior garnishments? To what extent is any remaining property of Defendant not exempt?

Response: Not applicable. DB Miami, Inc. does not have in its possession, custody, or control any property belonging to Defendant, Jeffrey Ward.

Did DB Miami, Inc. owe Defendant any debt on the date the garnishment order was served (March 5, 2025)?

Response: No, DB Miami, Inc. did not owe any debt to Defendant, Jeffrey Ward, on the date the garnishment order was served.

If a debt was owed, what was the amount and basis of the debt?

Response: Not applicable, as no debt was owed.

Does DB Miami, Inc. anticipate owing any debt to Defendant in the future?

Response: No, DB Miami, Inc. does not anticipate owing any debt to Defendant at any point in the

2

**GARNISHEE DB MIAMI, INC. ANSWER TO WRIT OF CONTINUING GARNISHMENT**

future.

DB Miami, Inc. certifies that the foregoing responses are true and correct to the best of its knowledge and belief.

DATED: March 14, 2025

By:     */s/ Alex Nahai*
        ASN LAW OFFICES, INC.
        Alexander S. Nahai, Esq., Bar No. 310509
        Email: alex@alexnahai.com
        1875 Century Park E, Suite 1120
        Los Angeles, CA 90067-2529
        Telephone: (310) 697-8797
        Attorneys for DB Miami, Inc.

**GARNISHEE DB MIAMI, INC. ANSWER TO WRIT OF CONTINUING GARNISHMENT**

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my address is 1875 Century Park East, Suite 1120, Los Angeles, CA 90067.

On **March 14, 2025**, I caused the foregoing document described as **GARNISHEE DB MIAMI, INC, ANSWER TO WRIT OF CONTINUING GARNISHMENT** to be served on the interested parties in this action as follows:

[ ]      **BY MAIL**

[ ] I deposited such envelopes in the mail at **Los Angeles, California**. The envelopes were mailed via Certified Mail - Return Receipt Requested with postage thereon fully prepaid.

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]      **BY ELECTRONIC TRANSMISSION**

[X]      I sent via electronic transmission on this date, originating from alex@alexnahai.com, a copy of the above-referenced document to the addressee(s) at the e-mail address(es) indicated on the attached Service List.

4

**GARNISHEE DB MIAMI, INC. ANSWER TO WRIT OF CONTINUING GARNISHMENT**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my address is 1875 Century Park East, Suite 1120, Los Angeles, CA 90067.

On **March 14, 2025**, I caused the foregoing document described as **GARNISHEE DB MIAMI, INC, ANSWER TO WRIT OF CONTINUING GARNISHMENT** to be served on the interested parties in this action as follows:

[ ]    **BY MAIL**

[ ] I deposited such envelopes in the mail at **Los Angeles, California**. The envelopes were mailed via Certified Mail - Return Receipt Requested with postage thereon fully prepaid.

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    **BY ELECTRONIC TRANSMISSION**

[X]    I sent via electronic transmission on this date, originating from alex@alexnahai.com, a copy of the above-referenced document to the addressee(s) at the e-mail address(es) indicated on the attached Service List.

4

**GARNISHEE DB MIAMI, INC. ANSWER TO WRIT OF CONTINUING GARNISHMENT**

**[X]** **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[ ]** **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 14, 2025**, at **Los Angeles, California**.

/s/ Alexander Nahai, Esq.

---

**GARNISHEE DB MIAMI, INC. ANSWER TO WRIT OF CONTINUING GARNISHMENT**

**SERVICE LIST**

Securities and Exchange Commission

444 South Flower Street Suite 900

Los Angeles, CA 90071

Phone number: 323-965-3998

E-mail:
jaroslawiczd@sec.gov

kams@sec.gov

kaufmanja@sec.gov

kingmp@sec.gov

---

6

**GARNISHEE DB MIAMI, INC. ANSWER TO WRIT OF CONTINUING GARNISHMENT**