MAUREEN PEYTON KING (NY Bar No. 4119376)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: kingmp@sec.gov
Telephone: (212) 336-0111

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>  Defendants. | Case No. 2:23-cv-3682-RGK-PVC<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S DECLARATION OF MAUREEN PEYTON KING IN SUPPORT OF ITS MOTION FOR CONTEMPT SANCTIONS AGAINST DEFENDANT ANTHONY SPENCER**<br><br>Judge:   Hon. R. Gary Klausner<br>Hearing Date: April 14, 2025<br>Time:         9 a.m.<br>Location:    Courtroom 850<br><br>Action Filed:   May 15, 2023<br>Post-Judgment |

I, Maureen Peyton King, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am a senior trial counsel employed by the Securities and Exchange Commission (the "Commission") in its New York Regional Office. I am personally familiar with the facts set forth herein.

2. I make this declaration in support of the Commission's motion for contempt sanctions against Defendant Anthony Spencer ("Spencer").

3. As of March 10, Spencer has paid $975 – 0.04% of the disgorgement and prejudgment interest - toward the $2,156,905.15 in disgorgement and $262,616.15 in prejudgment interest obligations the Court ordered Spencer to pay within 30 days when it entered a Final Judgment against him on April 23, 2024.

4. Of the $975 Spencer has paid, only $325 of the total was paid after the Court held Spencer in contempt and ordered him to pay $1 million by February 22 (15 days after entry of the February 7 Contempt Order).

5. Based on my discussions with Counsel on March 3 and 5, 2025, I understand that Spencer continues to claim that he does not have the means to pay the SEC a million dollars.

I declare under penalty of perjury that the foregoing is true. Executed in New York on March 17, 2025.

Respectfully submitted,

*/s/ Maureen Peyton King*
Maureen Peyton King
Attorney for Plaintiff
Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, N.Y. 10004-2616
Email: kingmp@sec.gov
Telephone: (212) 336-0111