MAUREEN PEYTON KING (NY Bar No. 4119376)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: kingmp@sec.gov
Telephone: (212) 336-0111

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>　　　　Defendants. | Case No. 2:23-cv-3682-RGK-PVC<br><br>**PROPOSED ORDER FOR CONTEMPT SANCTIONS AGAINST DEFENDANT ANTHONY SPENCER**<br><br>Judge:　　　　Hon. R. Gary Klausner<br>Hearing Date: April 14, 2025<br>Time:　　　　9 a.m.<br>Location:　　Courtroom 850<br><br>Action Filed:　May 15, 2023<br>Post-Judgment |

WHEREAS, the Court entered a Final Judgment on April 23, 2024. DE 150. The Final Judgment ordered Defendant Anthony Spencer ("Spencer"), within 30 days, to pay the SEC $3 million, consisting of disgorgement of $2,156,905.15, prejudgment interest of $262,616.15, and a civil penalty in the amount of $580,478;

WHEREAS, Spencer has not paid the full disgorgement and prejudgment interest he owes;

WHEREAS, the Court entered an order finding Spencer in contempt and requiring him to, among other things, pay the SEC $1 million by February 22, 2025;

WHEREAS, Spencer has failed to pay the SEC and does not appear willing to do so without the imposition of sanctions;

WHEREAS, the imposition of sanctions for failure to comply with the Court's orders is appropriate;

IT IS HEREBY ORDERED that Spencer is sanctioned in the following manner_____.

Dated: _____, 202_

_____
UNITED STATES DISTRICT JUDGE