MAUREEN PEYTON KING (NY Bar No. 4119376)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: kingmp@sec.gov
Telephone: (212) 336-0111

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>　　　　Defendants. | Case No. 2:23-cv-3682-RGK-PVC<br><br>**SECURITIES AND EXCHANGE COMMISSION'S STATUS UPDATE REGARDING WRITS OF CONTINUING GARNISHMENT 28 U.S.C. § 3205**<br><br>**[ALTUS IG REAL ESTATE, LLC, BANK OF AMERICA, DB MIAMI, INC., MORGAN STANLEY SMITH BARNEY, LLC, YNWA CONSULTING LLC]** |

　　　Judgment Creditor, the Securities and Exchange Commission ("Commission or SEC") writes to the Court to provide a status update on the writs of garnishment issued pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C.

§ 3205 to secure payment on a civil penalty entered in *SEC v. Red Rock Secured, LLC, et al*, 2:23-cv-3682-RGK-PVC.  DE 177 (Order to Issue Garnishments, dated February 3, 3025).  The Court entered garnishments for five garnishees: Altus IG Real Estate, LLC, Bank of America, N.A., DB Miami, Inc., YNWA Consulting LLC, and Morgan Stanley Smith Barney, LLC. *Id.* The SEC served each garnishee and filed proof of service on the docket.  DE 184.

Two of the garnishees, DB Miami, Inc. and Morgan Stanley Smith Barney, LLC, filed answers on the docket essentially representing that they do not have funds subject to the garnishment.  DE 181, 185.  The other three garnishees, Altus IG Real Estate, LLC, Bank of America, N.A., and YNWA Consulting LLC ("YNWA"), have not filed answers.  Accordingly, as of April 21, 2025, SEC counsel has taken the following steps.  As to Altus, the SEC has emailed Altus's representative advising that Altus has neither filed an answer nor remitted any funds to the SEC and seeking a call to address this matter.  As to Bank of America, N.A., SEC counsel reached out to a Bank of America representative and is awaiting a response.  As to YNWA, as Debtor-Defendant Jeffrey Ward is YNWA's representative and Mr. Ward is represented personally in this case, SEC counsel reached out to Mr. Ward's counsel regarding the outstanding garnishment response and is awaiting a response as to whether counsel will engage on the outstanding Writ or whether the SEC should reach out to Mr. Ward in his capacity as YNWA's representative.

The SEC proposes filing a further status report on or before May 3rd to apprise the Court of any further developments.

Dated: April 21, 2025
New York, NY

Respectfully submitted,

s/*Maureen Peyton King*
MAUREEN PEYTON KING
Senior Trial Counsel
Attorney for Plaintiff
Securities and Exchange Commission
100 Pearl Street, Room 20-100
New York, NY 10004
kingmp@sec.gov
Telephone: 212.336.0111