THE TORREY FIRM PC
JUDD GRUTMAN, State Bar No. 275304
 *judd@torreyfirm.com*
REBECCA L. TORREY, State Bar No. 153866
 *rebecca@torreyfirm.com*
1626 Montana Avenue, Suite 647
Santa Monica, California 90403
Telephone: (310) 310-2992
Facsimile: (424) 414-1712

Attorneys for YNWA CONSULTING LLC
(For the limited purpose of filing this Response)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROCK SECURED, LLC; SEAN KELLY; ANTHONY SPENCER; AND JEFFREY WARD<br><br>Defendants. | Case No. 2:23-cv-03682 RGK-PVC<br>[Assigned to the Hon. R. Gary Klausner and Magistrate Judge Pedro V. Castillo]<br><br>GARNISHEE YNWA CONSULTING LLC'S RESPONSE TO SEC'S WRIT OF CONTINUING GARNISHMENT |

GARNISHEE YNWA CONSULTING LLC'S RESPONSE TO SEC'S WRIT OF CONTINUING GARNISHMENT

**TO THE COURT AND ALL INTERESTED PARTIES.**

Garnishee YNWA CONSULTING LLC responds as follows:

(A)  No;

(B)  None;

(C)  No; and

(D)  No.

DATED: May 2, 2025              THE TORREY FIRM PC

By:    /s/ Judd Grutman  
     JUDD GRUTMAN  
     Attorneys for YNWA CONSULTING LLC  
     (For the limited purpose of filing this Response)

---

1

GARNISHEE YNWA CONSULTING LLC'S RESPONSE TO SEC'S WRIT OF CONTINUING GARNISHMENT

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: May 2, 2025                    /s/ Judd Grutman
                                      Judd Grutman