MAUREEN PEYTON KING (NY Bar No. 4119376)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email:  kingmp@sec.gov
Telephone: (212) 336-0111

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>Defendants. | Case No. 2:23-cv-3682-RGK-PVC<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SEAN KELLY SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>Judge:        Hon. R. Gary Klausner<br>Hearing Date: July 14, 2025<br>Time:         9 a.m.<br>Location:     Courtroom 850<br><br>Action Filed:   May 15, 2023<br>Post-Judgment. |

Plaintiff Securities and Exchange Commission ("SEC") submits its Notice of Motion and Motion for an Order to Show Cause Why Defendant Sean Kelly ("Kelly") Should Not be Held in Civil Contempt following the parties' several conferences, from at least April 3, 2025, pursuant to L.R. 7-3. Docket Entry ("DE") 219-2, King Decl. ¶6. Plaintiff also submits a Memorandum of Points and Authorities ("MPA"), the Declaration of Maureen Peyton King, and the exhibits referenced therein in support of the Motion.  DE 219-2 – 219-8.

Debtor Kelly ("Kelly") failed to pay the SEC the approximately $2 million dollars in disgorgement and prejudgment interest he owes despite an ability to pay at least a significant portion of that amount. The SEC seeks to collect these funds so that, if feasible, it can return funds to harmed investors.  The SEC respectfully requests that the Court issue an Order to Show Cause as to why Kelly should not be held in contempt. To remedy contempt, the SEC seeks the relief set forth in the MPA, including an upfront payment, turnover of the proceeds of certain assets, entry into a payment plan acceptable to the SEC, and accountings for the Kellys' entities.

Respectfully submitted,

Dated: June 11, 2025

*/s/ Maureen Peyton King*
Maureen Peyton King
Attorney for Plaintiff
Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, N.Y. 10004-2616
Email:  kingmp@sec.gov
Telephone: (212) 336-0111

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
100 Pearl Street, Suite 20-100, New York, NY 10004-2616
Telephone No. (212) 336-0111

On June 11, 2025, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SEAN KELLY SHOULD NOT BE HELD IN CIVIL CONTEMPT** along with the supporting documents on all the parties to this action:

☐    **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐    **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒    **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 11, 2025

*/s/ Maureen Peyton King*

Maureen Peyton King