MAUREEN PEYTON KING (NY Bar No. 4119376)
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Email: kingmp@sec.gov
Telephone: (212) 336-0111

LOCAL COUNSEL:
STEPHEN KAM (Cal. Bar. No. 327576)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Email: KamS@sec.gov
Telephone: (323) 302-7465
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>       vs.<br><br>RED ROCK SECURED, LLC, SEAN KELLY, ANTHONY SPENCER, AND JEFFREY WARD,<br><br>                Defendants. | Case No. 2:23-cv-3682-RGK-PVC<br><br>**SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT REGARDING THE WRIT OF CONTINUING GARNISHMENT 28 U.S.C. § 3205 AS TO PAUL ELLIOTT AS TRUSTEE FOR THE SPENCER ELLIOTT LIVING TRUST** |

Judgment Creditor, the Securities and Exchange Commission ("SEC") writes to provide a status update concerning the Writ of Garnishment ("Writ") issued pursuant to the Federal Debt Collection Procedure Act of 1990, 28 U.S.C. §

3205, as to Garnishee Paul Elliott as Trustee for the Spencer Elliott Living Trust ("Garnishee"). The Writ issued on August 19, 2025 and the Garnishee answered on September 12th. DE 246, 248.

The SEC sought the Writ to protect its interest in funds that it anticipates Garnishee will have available, and would have paid to Debtor Defendant Anthony Spencer, when a pending case resolves. The SEC's application noted that it seeks to reach these funds. DE 233.

The SEC removed the Garnishee's pending probate state court case to federal court. The case is now pending in the Central District of California, *SELT v. SEC*, 2:25-cv-09062-SVW-SSC. In the pending case, an initial conference is scheduled for December 8th, though the conference may be adjourned if SELT files a motion to remand the case to state court. Thus, while collection is not imminent, the writ serves to protect the SEC's interest in the proceeds Mr. Elliott will distribute.

The SEC respectfully proposes filing a further status update upon resolution of the *SELT v. SEC* case or at such other time that the Court orders.

Dated: November 21, 2025
New York, NY

Respectfully submitted,

s/*Maureen Peyton King*
MAUREEN PEYTON KING
Senior Trial Counsel
Attorney for Plaintiff
Securities and Exchange Commission
100 Pearl Street, Room 20-100
New York, NY 10004
kingmp@sec.gov
Telephone: 212.336.0111