UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff - Appellee, v. ANTHONY SPENCER, Defendant - Appellant, and JEFFREY WARD; et al., Defendants. | No. 25-4341 D.C. No. 2:23-cv-03682-RGK-PVC Central District of California, Los Angeles ORDER |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff - Appellee, v. JEFFREY WARD, Defendant - Appellant, and ANTHONY SPENCER; et al., Defendants. | No. 25-4342 D.C. No. 2:23-cv-03682-RGK-PVC Central District of California, Los Angeles |

Before: CLIFTON and BRESS, Circuit Judges.

The motions (Docket Entry No. 9 in 25-4341; Docket Entry No. 9 in 25-4342) to stay execution of the judgment pending appeal are denied.

The existing briefing schedule remains in effect.