UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ANTHONY SPENCER, <br><br> Defendant - Appellant, <br><br> and <br><br> JEFFREY WARD; et al., <br><br> Defendants. | No. 25-4341 <br><br> D.C. No. 2:23-cv-03682-RGK-PVC <br> Central District of California, Los Angeles <br><br> ORDER |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JEFFREY WARD, <br><br> Defendant - Appellant, <br><br> and <br><br> ANTHONY SPENCER; et al., <br><br> Defendants. | No. 25-4342 <br><br> D.C. No. 2:23-cv-03682-RGK-PVC <br> Central District of California, Los Angeles |

The motion (Docket Entry No. 28) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b). These consolidated appeals are dismissed.

This order serves as the mandate of the court as to these consolidated appeals.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT